

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS.  02-11-00276-CR
## 02-11-00277-CR
## 02-11-00278-CR
## 02-11-00279-CR

LAUREN WHITNEY MOORE                                        APPELLANT

V.

THE STATE OF TEXAS                                               STATE

-----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeals."  The motion complies with rule 42.2(a) of the rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we

---

[1]See Tex. R. App. P. 47.4.

received this motion, we grant the motion and dismiss the appeal. *See* Tex. R.

App. P. 42.2(a), 43.2(f).


PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 18, 2011